**David M. Marco (Atty. No.: 6273315)**

**SMITHMARCO, P.C.**

**205 North Michigan Avenue, Suite 2940**

**Chicago, IL 60601**

**Telephone:     (312) 546-6539**

**Facsimile:      (888) 418-1277**

**E-Mail:          dmarco@smithmarco.com**

**Admitted Pro Hac Vice**

**Attorney for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| **DARYL PUTMAN,** | |
| Plaintiff, | |
| v. | No. 2:13-cv-01868-SRB |
| **IQ DATA INTERNATIONAL, INC.,** | |
| Defendant. | |

### NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, DARYL PUTMAN, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties specifically request that the Telephonic Pretrial Scheduling Conference scheduled for December 16, 2013 be stricken.

4. Further, Plaintiff and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 45 days.

5. In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiff requests that she be granted 60 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

Respectfully submitted,

**DARYL PUTMAN**

By: ___s/ David M. Marco_____
Attorney for Plaintiff

Dated: December 9, 2013

1  David M. Marco (Atty. No.: 6273315)
2  SMITHMARCO, P.C.
3  205 North Michigan Avenue, Suite 2940
4  Chicago, IL 60601
5  Telephone:   (312) 546-6539
6  Facsimile:   (888) 418-1277
7  E-Mail:      dmarco@smithmarco.com
8  Admitted Pro Hac Vice

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone: (312) 546-6539
Facsimile: (888) 418-1277
E-Mail: dmarco@smithmarco.com
Admitted Pro Hac Vice
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| DARYL PUTMAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>　　　　　　　Defendant. | No. 2:13-cv-01868-SRB |

**CERTIFICATE OF SERVICE**

**To:** Joseph J. Lico
　　　Adam L. Plotkin, P.C.
　　　621 Seventeenth Street, Suite 1800
　　　Denver CO 80293

I, David M. Marco, an attorney, certify that on **December 9, 2013**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|        |                      |        |           |
|--------|----------------------|--------|-----------|
| ____   | U.S. Mail            | ____   | Facsimile |
| ____   | Messenger Delivery   | ____   | Email     |
| ____   | Federal Express/UPS  | _X_    | ECF       |

By:  s/ David M. Marco

Attorney for Plaintiff

David M. Marco (Atty. No.: 6273315)

SMITHMARCO, P.C.

205 North Michigan Avenue, Suite 2940

Chicago, IL 60601

Telephone:   (312) 546-6539

Facsimile:   (888) 418-1277

E-Mail:      dmarco@smithmarco.com

Admitted Pro Hac Vice